IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NATHANIEL MORRIS
on behalf of himself and all others similarly situated,

        Plaintiff,

        v.

KELLY-MOORE PAINT COMPANY, INC and
FLACKSGROUP LLC

        Defendants.

Case No.: 4:24-cv-0050-P

**PLAINTIFF'S STATUS REPORT CONCERNING MEDIATED RESOLUTION REACHED IN THIS MATTER**

Nathaniel Morris ("Plaintiff") provides the following status report.

As indicated in the parties' Joint Report Regarding Mediation (Doc. 29), the parties attended a Court ordered mediation on October 16, 2024, conducted by David Seidler at his office in Fort Worth, Texas.

At the mediation, the parties reached a Mediated Resolution, which is attached, wherein Kelly-Moore Paint Company, Inc. agreed to entry of judgment against it, and in favor of Nathaniel Morris and each of the Class Members he represents.

In the Joint Report Regarding Mediation, the Parties agreed to submit an Agreed Judgment, as contemplated by the Mediated Resolution, to the Court by October 30, 2024.  However, as of today's date, the Parties have a dispute concerning the Agreed Judgment and are working with the mediator to resolve the dispute, pursuant to the final provision of the attached Mediated Resolution.

Dated this 30th day of October, 2024.

        Respectfully submitted,

By:     /s/     Mary E. Olsen

**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

**THE WEBSTER LAW FIRM**
By: */s/ Jason C. Webster*
Jason C. Webster
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@thewebsterlawfirm.com

**ALDOUS P.C.**
Steven E. Aldous
TX Bar no. 00982100
500 Crescent Court
Suite 240
Dallas, Texas 75201
Telephone: (214) 716-2101
saldous@aldous-pc.com

*Counsel for Plaintiff and the Class*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of October, 2024, I filed the forgoing with the Court via CM/ECF.

          /s/ *Mary E. Olsen*
          Mary E. Olsen