IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NATHANIEL MORRIS,

    Plaintiff,

v.                                              No. 4:24-cv-0050-P

KELLY-MOORE PAINT, CO., INC.,

    Defendant.

## JUDGMENT

The Court having determined that entry of judgment is appropriate under the circumstances, and at the request of the Parties, **IT IS HEREBY ORDERED THAT**:

Judgment is hereby entered in favor of Nathaniel Morris ("Plaintiff") and each Class Member he represents, shown on Exhibit A, hereto, against Defendant Kelly-Moore Paint Company, Inc. ("Defendant"), **in the total aggregate amount of One Million Nine Hundred Seventy-Six Thousand Eight Hundred Forty Dollars and Fourteen Cents ($1,976,840.14)**, consisting of WARN Act Wage damages totaling, in the aggregate, One Million Four Hundred Sixty-One Thousand Four Hundred Fifteen Dollars and Seventy Cents ($1,461,415.70) and WARN Benefits damages, totaling in the aggregate, Five Hundred Fifteen Thousand Four Hundred Twenty-Four Dollars and Forty-Four Cents ($515,424.44).

This Judgment is to be paid by Kelly-Moore Paint Company, Inc. to Nathaniel Morris and to the Class Members reflected on Exhibit A, hereto, in the amounts shown and apportioned to each on Exhibit A.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff not expressly awarded herein are hereby **DENIED.**

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that costs are taxed against the party incurring same, with each side responsible for payment of their own fees.

Finally, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this is a final order of judgment.

**SO ORDERED** on this **14th day** of **November 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

| | Employee Number | Last Name | First Name | Home City | Home State | Home Zip | Work Location Address | Base Rate | Days Employed | WARN Wages Adj. | WARN Benefits | WARN Wages & Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 109297 | Acevedo Rivera | Alexis | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 186 | 8,160.00 | 372.52 | 8,532.52 |
| 2 | 109222 | Albert | Delnard | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 247 | 8,160.00 | 92.00 | 8,252.00 |
| 3 | 103688 | Alvarez | Leonel | Fort Worth | TX | 76134 | 301 West Hurst Blvd | 19 | 676 | 9,120.00 | 106.00 | 9,226.00 |
| 4 | 107749 | Arellano | Breanna | Fort Worth | TX | 76118 | 301 West Hurst Blvd | 38.462 | 1467 | 18,461.76 | 6,256.70 | 24,718.46 |
| 5 | 108777 | Atkinson | Domonic | Bedford | TX | 76022 | 301 West Hurst Blvd | 26 | 655 | 12,480.00 | 5,961.70 | 18,441.70 |
| 6 | 109137 | Austin | Leslie | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 331 | 8,160.00 | 94.00 | 8,254.00 |
| 7 | 108519 | Bacon | Horace | Grand Prairie | TX | 75052 | 301 West Hurst Blvd | 25.59 | 900 | 12,283.20 | 529.28 | 12,812.48 |
| 8 | 109404 | Barksdale | Tyler | Grand Prairie | TX | 75052 | 301 West Hurst Blvd | 17 | 93 | 6,324.00 | 16.00 | 6,340.00 |
| 9 | 108893 | Berry | Vernial | Fort Worth | TX | 76112 | 301 West Hurst Blvd | 19 | 567 | 9,120.00 | 1,091.22 | 10,211.22 |
| 10 | 105495 | Boatright | Richard | Fort Worth | TX | 76148 | 301 West Hurst Blvd | 26 | 2873 | 12,480.00 | 6,281.70 | 18,761.70 |
| 11 | 109394 | Bumbalough | Allen | Longview | TX | 75605 | 301 West Hurst Blvd | 17 | 102 | 6,936.00 | 32.00 | 6,968.00 |
| 12 | 108577 | Burton | Danny | GRAND PRAIRIE | TX | 75052 | 301 West Hurst Blvd | 31.049 | 857 | 14,903.52 | 6,050.00 | 20,953.52 |
| 13 | 107308 | Caldera | Homero | River Oaks | TX | 76114 | 301 West Hurst Blvd | 24.33 | 1985 | 11,678.40 | 1,009.00 | 12,687.40 |
| 14 | 100338 | Carrillo | Sammy | Boyd | TX | 76023 | 301 West Hurst Blvd | 25.59 | 11657 | 12,283.20 | 12,967.18 | 25,250.38 |
| 15 | 105769 | Casabar | James | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 40.133 | 2699 | 19,263.84 | 6,313.70 | 25,577.54 |
| 16 | 109184 | Clarke | Jachin | Dallas | TX | 75201 | 301 West Hurst Blvd | 32 | 200 | 15,360.00 | 112.00 | 15,472.00 |
| 17 | 107562 | Colby | Cynthia | Arlington | TX | 76016 | 301 West Hurst Blvd | 28.038 | 1942 | 13,458.24 | 849.78 | 14,308.02 |
| 18 | 109324 | Collier | Benjamin | Fort Worth | TX | 76111 | 301 West Hurst Blvd | 34.5 | 172 | 16,560.00 | 18,636.26 | 35,196.26 |
| 19 | 105765 | Craddock | Raymond | Bedford | TX | 76021 | 301 West Hurst Blvd | 38.462 | 2712 | 18,461.76 | 6,307.70 | 24,769.46 |
| 20 | 108958 | Crews | Leketha | Arlington | TX | 76013 | 301 West Hurst Blvd | 19 | 515 | 9,120.00 | 100.00 | 9,220.00 |
| 21 | 105782 | Duke | Brian | Saginaw | TX | 76179 | 301 West Hurst Blvd | 33.41 | 2706 | 16,036.80 | 365.70 | 16,402.50 |
| 22 | 102984 | Englert | Dan | Keller | TX | 76248 | 301 West Hurst Blvd | 74.519 | 4950 | 35,769.12 | 994.00 | 36,763.12 |
| 23 | 102502 | Escobar | Jaime | Fort Worth | TX | 76179 | 301 West Hurst Blvd | 23.88 | 6742 | 11,462.40 | 198.00 | 11,660.40 |
| 24 | 108671 | Fields | Niron | Fort Worth | TX | 76179 | 301 West Hurst Blvd | 23.61 | 767 | 11,332.80 | 94.00 | 11,426.80 |
| 25 | 109018 | Flores | Gary | fort worth | TX | 76116 | 301 West Hurst Blvd | 19 | 478 | 9,120.00 | 92.00 | 9,212.00 |
| 26 | 109235 | Ford | Justin | springtown | TX | 76082 | 301 West Hurst Blvd | 17 | 227 | 8,160.00 | 1,028.00 | 9,188.00 |
| 27 | 109350 | Garcia | Diana | Euless | TX | 76039 | 301 West Hurst Blvd | 17 | 158 | 8,160.00 | 5,197.56 | 13,357.56 |
| 28 | 103026 | Garcia | Juan | Euless | TX | 76039 | 301 West Hurst Blvd | 29 | 4938 | 13,920.00 | 12,467.10 | 26,387.10 |
| 29 | 108888 | Gauthier | Valerie | Dallas | TX | 75287 | 301 West Hurst Blvd | 21 | 569 | 10,080.00 | 5,240.70 | 15,320.70 |
| 30 | 107266 | Gonzales III | Pete | Dallas | TX | 75235 | 301 West Hurst Blvd | 25.01 | 2159 | 12,004.80 | 106.00 | 12,110.80 |
| 31 | 103677 | Gresham | Lonnie | Springtown | TX | 76082 | 301 West Hurst Blvd | 34.5 | 3930 | 16,560.00 | 6,573.84 | 23,133.84 |
| 32 | 107119 | Griffin | Jared | Desoto | TX | 75115 | 301 West Hurst Blvd | 34.663 | 2293 | 16,638.24 | 11,588.46 | 28,226.70 |
| 33 | 100300 | Guerrero | Gerardo | Edgecliff Village | TX | 76134 | 301 West Hurst Blvd | 32.692 | 12415 | 15,692.16 | 13,027.18 | 28,719.34 |
| 34 | 109176 | Gutierrez | Aaliyha | Arlington | TX | 76013 | 301 West Hurst Blvd | 17 | 291 | 8,160.00 | 5,742.40 | 13,902.40 |
| 35 | 108765 | Hannah | Paul | Fort Worth | TX | 76123 | 301 West Hurst Blvd | 18.81 | 669 | 9,028.80 | 5,917.70 | 14,946.50 |
| 36 | 107281 | Haro | Eloy | Crowley | TX | 76036 | 301 West Hurst Blvd | 23.88 | 2146 | 11,462.40 | 6,365.34 | 17,827.74 |
| 37 | 109092 | Harry | Marcia | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 400 | 8,160.00 | 1,952.42 | 10,112.42 |
| 38 | 109030 | Hernandez | Mark | Dallas | TX | 75208 | 301 West Hurst Blvd | 25 | 466 | 12,000.00 | 1,097.22 | 13,097.22 |
| 39 | 108951 | Hernandez | Michael | Hurst | TX | 76053 | 301 West Hurst Blvd | 19 | 520 | 9,120.00 | 6,253.92 | 15,373.92 |
| 40 | 109240 | Holloway | Camille | Fort Worth | TX | 76179 | 301 West Hurst Blvd | 18.77 | 225 | 9,009.60 | 5,919.70 | 14,929.30 |

Exhibit A

| Employee Number | Last Name | First Name | Home City | Home State | Home Zip | Work Location Address | Base Rate | Days Employed | WARN Wages Adj. | WARN Benefits | WARN Wages & Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100423 | Horne | Byron | Waco | TX | 76706 | 301 West Hurst Blvd | 24.1 | 10888 | 11,568.00 | 6,335.70 | 17,903.70 |
| 103113 | Houston | Charles | Mansfield | TX | 76063 | 301 West Hurst Blvd | 24.1 | 4806 | 11,568.00 | 13,547.76 | 25,115.76 |
| 109239 | Ingram | Christopher | Forest Hill | TX | 76115 | 301 West Hurst Blvd | 17 | 227 | 8,160.00 | 6,039.70 | 14,199.70 |
| 108990 | Irwin | Grace | Garland | TX | 75043 | 301 West Hurst Blvd | 19 | 499 | 9,120.00 | 94.00 | 9,214.00 |
| 108640 | Jackson | Robert | Mesquite | TX | 75181 | 301 West Hurst Blvd | 20.842 | 788 | 10,004.16 | 6,221.70 | 16,225.86 |
| 102259 | Jackson | Steven | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 214 | 8,160.00 | 1,125.60 | 9,285.60 |
| 105681 | Jauregui | Daisy | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 49,197 | 2760 | 23,614.56 | 6,021.30 | 29,635.86 |
| 108608 | Joel | Vincent | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 25.59 | 829 | 12,283.20 | 2,870.66 | 15,153.86 |
| 108247 | Johnson | Charles | Fort Worth | TX | 76131 | 301 West Hurst Blvd | 19 | 669 | 9,120.00 | 1,025.00 | 10,145.00 |
| 108169 | Johnson | Daryl | Dallas | TX | 75232 | 301 West Hurst Blvd | 24.1 | 1264 | 11,568.00 | 6,030.92 | 17,598.92 |
| 108488 | Jones | Zane | Fort Worth | TX | 76134 | 301 West Hurst Blvd | 34.5 | 893 | 16,560.00 | 11,791.40 | 28,351.40 |
| 108113 | Katkic | Jason | Trophy Club | TX | 76262 | 301 West Hurst Blvd | 30.769 | 599 | 14,769.12 | - | 14,769.12 |
| 109395 | Keedy | Michael | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 109 | 7,412.00 | 102.00 | 7,514.00 |
| 109062 | Kerley | Leland | Hurst | TX | 76053 | 301 West Hurst Blvd | 19 | 431 | 9,120.00 | 5,714.00 | 14,834.00 |
| 109396 | Konopka | Krzysztof | Justin | TX | 76247 | 301 West Hurst Blvd | 43.269 | 109 | 18,865.28 | 332.44 | 19,197.72 |
| 100334 | La Penna | Robert | Euless | TX | 76039 | 301 West Hurst Blvd | 43.269 | 10833 | 20,769.12 | 7,551.70 | 28,320.82 |
| 107104 | Lightfoot | Kenneth | Fort Worth | TX | 76053 | 301 West Hurst Blvd | 25.59 | 13444 | 12,283.20 | 6,738.50 | 19,021.70 |
| 108781 | Lipwau | Charson | Hurst | TX | 76053 | 301 West Hurst Blvd | 17 | 163 | 8,160.00 | 78.00 | 8,238.00 |
| 109339 | Lowrey | Terry | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 34.5 | 2447 | 16,560.00 | 142.00 | 16,702.00 |
| 106040 | Mankin | Sean | Arlington | TX | 76014 | 301 West Hurst Blvd | 17 | 186 | 8,160.00 | 5,939.70 | 14,099.70 |
| 109307 | Mathalikunnel | Sharon | Arlington | TX | 76006 | 301 West Hurst Blvd | 60.096 | 1872 | 28,846.08 | 254.00 | 29,100.08 |
| 107630 | Mathias | Janz | Richland Hills | TX | 76118 | 301 West Hurst Blvd | 23.61 | 1975 | 11,332.80 | 142.00 | 11,474.80 |
| 107538 | Mauermann | Kimberly | Lakewood Village | TX | 75068 | 301 West Hurst Blvd | 50.3 | 2933 | 24,144.00 | 18,809.18 | 42,953.18 |
| 105459 | McDaniel | Reannan | Fort Worth | TX | 76131 | 301 West Hurst Blvd | 57.692 | 2293 | 27,692.16 | 7,183.54 | 34,875.70 |
| 108738 | McMahan | Matthew | Fort Worth | TX | 76137 | 301 West Hurst Blvd | 52.885 | 668 | 25,384.80 | 224.00 | 25,608.80 |
| 109319 | Meadows | Bennie | HURST | TX | 76022 | 301 West Hurst Blvd | 17 | 179 | 8,160.00 | 96.00 | 8,256.00 |
| 107146 | Melton Washington | Cameron | Fort Worth | TX | 76022 | 301 West Hurst Blvd | 24.1 | 2263 | 11,568.00 | 5,909.30 | 17,477.30 |
| 108669 | Meza | Miguel | Fort Worth | TX | 76105 | 301 West Hurst Blvd | 19 | 760 | 9,120.00 | 578.00 | 9,698.00 |
| 105964 | Mitchell | Helen | Springtown | TX | 76082 | 301 West Hurst Blvd | 27.737 | 2531 | 13,313.76 | 6,350.70 | 19,664.46 |
| 108538 | Moffitt | Wayne | Fort Worth | TX | 76134 | 301 West Hurst Blvd | 23.61 | 891 | 11,332.80 | 1,246.70 | 12,579.50 |
| 108159 | Moreno | Gary | Saginaw | TX | 76179 | 301 West Hurst Blvd | 30 | 1264 | 14,400.00 | 6,044.70 | 20,444.70 |
| 102486 | Moreno | Martin | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 25.01 | 8253 | 12,004.80 | 6,499.78 | 18,504.58 |
| 103139 | Morgan | Ricky | Fort Worth | TX | 76131 | 301 West Hurst Blvd | 23.65 | 4214 | 11,352.00 | 198.00 | 11,550.00 |
| 108601 | Moris | Dylan | fort worth | TX | 76134 | 301 West Hurst Blvd | 25.59 | 506 | 12,283.20 | 291.70 | 12,574.90 |
| 109047 | Morris | Nathaniel | Bedford | TX | 76022 | 301 West Hurst Blvd | 43.269 | 443 | 20,769.12 | 6,402.92 | 27,172.04 |
| 105897 | Morrison | Roy | Alvarado | TX | 76009 | 301 West Hurst Blvd | 51.319 | 2622 | 24,633.12 | 6,416.28 | 31,049.40 |
| 108907 | Nungbet | Fabien | Euless | TX | 76040 | 301 West Hurst Blvd | 19 | 561 | 9,120.00 | 100.00 | 9,220.00 |
| 107074 | Perez | Henry | Fort Worth | TX | 76112 | 301 West Hurst Blvd | 25.59 | 374 | 12,283.20 | 94.00 | 12,377.20 |
| 107521 | Pfeiffer | Susan | Fort Worth | TX | 76118 | 301 West Hurst Blvd | 60.096 | 1943 | 28,846.08 | 6,625.70 | 35,471.78 |
| 107265 | Phan | Hanson | Grand Prairie | TX | 75054 | 301 West Hurst Blvd | 21 | 268 | 10,080.00 | 108.14 | 10,188.14 |

| | Employee Number | Last Name | First Name | Home City | Home State | Home Zip | Work Location Address | Base Rate | Days Employed | WARN Wages Adj. | WARN Benefits | WARN Wages & Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 100395 | Pope | Tony | Grand Prairie | TX | 75052 | 301 West Hurst Blvd | 43.69 | 16124 | 20,971.20 | 10,645.30 | 31,616.50 |
| 82 | 104068 | Powers | Rick | Hurst | TX | 76053 | 301 West Hurst Blvd | 26 | 3532 | 12,480.00 | 13,871.76 | 26,351.76 |
| 83 | 108732 | Price | Christopher | Hurst | TX | 76054 | 301 West Hurst Blvd | 34.5 | 690 | 16,560.00 | 106.00 | 16,666.00 |
| 84 | 109059 | Rodriguez | Anthony | Fort Worth | TX | 76106 | 301 West Hurst Blvd | 19 | 436 | 9,120.00 | 5,935.70 | 15,055.70 |
| 85 | 100255 | Rodriguez | George | Fort Worth | TX | 76135 | 301 West Hurst Blvd | 24.44 | 8306 | 11,731.20 | 6,427.70 | 18,158.90 |
| 86 | 107118 | Rofail | Mariam | Fortworth | TX | 76244 | 301 West Hurst Blvd | 32.142 | 2289 | 15,428.16 | 1,217.58 | 16,645.74 |
| 87 | 108681 | Rosales | Adolfo | Crowley | TX | 76036 | 301 West Hurst Blvd | 19 | 732 | 9,120.00 | 260.00 | 9,380.00 |
| 88 | 108450 | Schenk | Robert | haltom city | TX | 76117 | 301 West Hurst Blvd | 34.5 | 928 | 16,560.00 | 12,328.02 | 28,888.02 |
| 89 | 107737 | Smietana | Theodore | Saginaw | TX | 76179 | 301 West Hurst Blvd | 76.923 | 1775 | 36,923.04 | 13,489.18 | 50,412.22 |
| 90 | 109102 | Sofos | Christina | Hurst | TX | 76053 | 301 West Hurst Blvd | 29 | 389 | 13,920.00 | 6,095.00 | 20,015.00 |
| 91 | 109430 | Spriggs | Jaqualyn | Fort Worth | TX | 76108 | 301 West Hurst Blvd | 17 | 32 | 2,176.00 | - | 2,176.00 |
| 92 | 109415 | Swafford | Keisha | Euless | TX | 76039 | 301 West Hurst Blvd | 17 | 46 | 3,128.00 | - | 3,128.00 |
| 93 | 103093 | Tate | Le Troyce | Grand Prairie | TX | 75054 | 301 West Hurst Blvd | 25.59 | 4834 | 12,283.20 | 17,607.58 | 29,890.78 |
| 94 | 108993 | Thomas | Eddie | Bedford | TX | 76022 | 301 West Hurst Blvd | 39.615 | 493 | 19,015.20 | 6,341.70 | 25,356.90 |
| 95 | 100473 | Trammell | Janet | Hurst | TX | 76053 | 301 West Hurst Blvd | 28.404 | 8768 | 13,633.92 | 13,581.76 | 27,215.68 |
| 96 | 109397 | Valdes | Frank | Bedford | TX | 76021 | 301 West Hurst Blvd | 17 | 113 | 7,684.00 | 209.28 | 7,893.28 |
| 97 | 107470 | Villasenor | Raymundo | Fort Worth | TX | 76164 | 301 West Hurst Blvd | 29 | 1985 | 13,920.00 | 6,399.70 | 20,319.70 |
| 98 | 103368 | Vogelsberg | James | North Richland Hills | TX | 76180 | 301 West Hurst Blvd | 34.5 | 4483 | 16,560.00 | 6,335.70 | 22,895.70 |
| 99 | 108980 | Walker | Cole | Watauga | TX | 76148 | 301 West Hurst Blvd | 29 | 493 | 13,920.00 | 5,714.00 | 19,634.00 |
| 100 | 109112 | Walker | Gerald | Arlington | TX | 76015 | 301 West Hurst Blvd | 19 | 368 | 9,120.00 | 6,032.92 | 15,152.92 |
| 101 | 105781 | Walker | Mark | Azle | TX | 76020 | 301 West Hurst Blvd | 23.88 | 2699 | 11,462.40 | 18,489.30 | 29,951.70 |
| 102 | 109425 | Washington | Michelle | Dallas | TX | 75204 | 301 West Hurst Blvd | 43.269 | 25 | 4,326.90 | - | 4,326.90 |
| 103 | 103103 | Williams | Carl | Azle | TX | 76020 | 301 West Hurst Blvd | 40.769 | 4845 | 19,569.12 | 13,267.68 | 32,836.80 |
| 104 | 100990 | Wirdzek | Todd | Colleyville | TX | 76034 | 301 West Hurst Blvd | 132.212 | 9391 | 63,461.76 | 18,965.18 | 82,426.94 |
| 105 | 108852 | Word | Elias | Burleson | TX | 76028 | 301 West Hurst Blvd | 19 | 604 | 9,120.00 | 1,028.00 | 10,148.00 |
| 106 | 102782 | Zuniga | Lourdes | Fort Worth | TX | 76131 | 301 West Hurst Blvd | 21 | 6080 | 10,080.00 | 6,398.70 | 16,478.70 |
| | | | | | | | | | | 1,461,415.70 | 515,424.44 | 1,976,840.14 |