UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NATHANIEL MORRIS,**

   Plaintiff,

v.   No. 4:24-cv-0050-P

**KELLY-MOORE PAINT, CO., INC.,
ET AL.**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's Order entered on September 19, 2024:

It is **ORDERED, ADJUDGED, and DECREED** that all claims asserted against Flacksgroup, LLC are **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **9th day** of **December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE